IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK HUESTIS and DIANE HUESTIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>INDYMAC FEDERAL BANK, HOME LOAN SERVICING, INDYMAC BANK, FSB, QUALITY LOAN SERVICE CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ABSOLUTE LOANS, INC. KEVIN DANIEL MCGILL, GARY HUNTER KNISELY and DOES 1-20, inclusive,<br><br>    Defendants. | 2:09-cv-01739-GEB-DAD<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

   On August 10, 2009, Defendant Mortgage Electronic Systems, Inc. filed a motion to dismiss Plaintiffs' complaint. (Docket No. 9.) On September 4, 2009, however, Plaintiffs filed a First Amended Complaint (Docket No. 13.), which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner and Co., 896 F.3d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supercedes the prior complaint). Since the pending motion does not address the operative pleading, it is denied as moot.

Dated:  September 30, 2009

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge

1