IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUESTIS and DIANE HUESTIS,<br><br>              Plaintiffs,<br><br>     v.<br><br>INDYMAC FEDERAL BANK; INDYMAC BANK, F.S.B., a federal chartered savings Bank; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ABSOLUTE LOANS, INC.; KEVIN DANIEL MCGILL; GARY HUNTER KNISELEY,<br><br>              Defendants. | 2:09-cv-01739-GEB-DAD<br><br><u>ORDER CONTINUING STATUS CONFERENCE, RULE 4(M) NOTICE, AND OSC</u> |

        Since Plaintiff's status report filed October 5, 2009 does not provide sufficient information about the status of this case, the status conference scheduled for hearing on October 19, 2009 is continued to November 16, 2009, commencing at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the status conference.  Plaintiff shall include in that status report when each Defendant was served; and, if a Defendant has not been served, why that Defendant should not be dismissed for failure to serve process within Federal Rule of Civil Procedure 4(m)'s 120 days service period. Further, if a served Defendant has not appeared Plaintiff shall show cause in the joint status report, or in a filing due at the same time

1

1  as that status report, why that Defendant should not be dismissed for
2  failure to prosecute.
3      Lastly, the Doe defendants are dismissed, since timely
4  justification has not been filed warranting Doe defendant allegations
5  remaining in this case.  The caption has been changed to reflect this
6  dismissal.

Dated:  October 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge