IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUESTIS and DIANE HUESTIS,<br><br>            Plaintiffs,<br><br>    v.<br><br>INDYMAC FEDERAL BANK; INDYMAC BANK, F.S.B., a federal chartered savings Bank; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ABSOLUTE LOANS, INC.; KEVIN DANIEL MCGILL; GARY HUNTER KNISELY,<br><br>            Defendants. | 2:09-cv-01739-GEB-DAD<br><br><u>ORDER CONTINUING STATUS CONFERENCE AND RULE 4(M) NOTICE</u> |

        Since Plaintiffs' status report filed November 2, 2009 does not provide sufficient information about the status of this case, the status conference scheduled for November 16, 2009 is continued to December 14, 2009, commencing at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the status conference.[1] Further, Plaintiffs are **notified under Rule 4(m)** of the Federal Rules

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

of Civil Procedure Defendants Absolute Loans, Inc. and Gary Hunter Knisely, **will be dismissed as defendants in this action under Rule 4(m) of the Federal Rules of Civil Procedure unless Plaintiffs provide proof of service and/or "show[] good cause for the failure" to serve these Defendants within Rule 4(m)'s prescribed service period, in a filing due no later than 4:00 p.m. on November 18, 2009.**

Dated:  November 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge