IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MARK and DIANE HUESTIS,          )
                                 )
          Plaintiffs,            )   2:09-cv-01739-GEB-DAD
                                 )
     v.                          )   ORDER DISMISSING UNSERVED
                                 )   DEFENDANT AND CONTINUING STATUS
INDYMAC FEDERAL BANK; INDYMAC BANK,) CONFERENCE
F.S.B., a Federal Chartered Savings)
Bank; QUALITY LOAN SERVICE       )
CORPORATION; MORTGAGE ELECTRONIC )
REGISTRATION SYSTEMS, INC.;      )
ABSOLUTE LOANS, INC.; KEVIN DANIEL )
MCGILL; GARY HUNTER KNISELY, and )
DOES 1-20, inclusive,*           )
                                 )
          Defendants.            )
_____)
```

On December 9, 2009 the Court issued an order ("December 9, 2009 Order") continuing the status conference in this case until March 15, 2010 "because Plaintiffs . . . recently served Absolute Loans, Inc." and because "Plaintiffs [were] given more time to serve Defendant Gary Hunter Knisely" ("Knisely"). Although Plaintiffs had not show "good cause" in response to the Court's Federal Rule of Civil Procedure ("Rule") 4(m) notice for failure to serve Knisely within Rule 4(m)'s prescribed 120 day period, "Plaintiffs [we]re granted until January 4, 2010 to serve Knisely." Plaintiffs were warned in the December 9, 2009 Order that "Knisely could be dismissed without

---

\* The caption shall be amended hereinafter reflecting the dismissal of Gary Hunter Knisely.

1

1  further notice if no proof of service is filed on or before January 4,
2  2010."
3          Review of the docket reveals nothing has been filed
4  concerning the service matter involving Knisely since the December 9,
5  2009 Order.  Therefore Knisely is dismissed as a defendant in this
6  case without prejudice.
7          Further, the status conference scheduled for March 15, 2010
8  is continued until April 26, 2010.  A joint status report shall be
9  filed no later than fourteen (14) days prior to the status conference.
10 Dated:  March 4, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge